UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKIE WRIGHT,

    Plaintiff,

v.                                             Case No. 04-70204

WADE R. WATERMAN,                HONORABLE AVERN COHN

    Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT WATERMAN
## AND STAYING PROCEEDINGS FOR SIXTY DAYS (60)
## AND SETTING A STATUS CONFERENCE

This is a patent ownership case.[1] Before the Court is counsel for defendant, David H. Frost and Kenneth C. Harrison's, motion to withdraw. For the reasons stated on the record at the hearing on August 31, 2005, the motion is GRANTED.

Further, all proceedings in this case are STAYED for sixty (60) days to enable defendant to retain new counsel. The parties shall appear for a status conference on **Tuesday, December 06, 2005 at 2:00 p.m.** to chart the future course of the case. All dates reflected in the Amended Pretrial and Scheduling Order filed July 6, 2005 are suspended.

    SO ORDERED.


                                                     s/Avern Cohn
Dated: September 1, 2005                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff, together with David Schilstra and James Wright, also sued Rest Room Essentials. L.L.C., Scott Huffman, and Charles Flury seeking a declaration of rights to determine the ownership of Rest Room Essentials, L.L.C. and for an accounting. The parties settled the claim. See Order filed June 16, 2005. Thus, the only parties remaining in the case are Rickie Wright and Wade Waterman and the only claims remaining are plaintiff's claims for correction of inventorship.

**Proof of Service**

I hereby certify that a copy of the foregoing document was sent to counsel of record and Wade Waterman, 6478 Winchester Blvd, #289, Winchester, OH, 43110 on this date, September 1, 2005, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                           Case Manager, (313) 234-5160